1:30 P.M.
THE ALBERT BRANSON MARIS COURTROOM (19TH FLOOR)

WEDNESDAY, MAY 27, 2026

Coram: *PHIPPS, FREEMAN and MASCOTT, *Circuit Judges*

*ZOOM COMFERENCE

No. 25-2239

EYAL YAKOBY; et al.,
Appellants
v.
TRUSTEES OF THE UNIVERSITY
OF PENNSYLVANIA

| Counsel for Appellants | Counsel for Appellee |
|---|---|
| AMIT R. VORA | SETH P. WAXMAN |
| (15 minutes per Court) | (15 minutes per Court) |